# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| REALPAGE, INC., REALPAGE VENDOR COMPLIANCE LLC | § § § | |
| V. | § § | CASE NO. 4:16cv737 (Judge Mazzant) |
| ENTERPRISE RISK CONTROL, LLC LONNIE DERDEN | § § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this court's Mediation Plan. The mediator assigned is the Hon. Karen Gren Scholer, State District Judge (ret.). The mediator's contact information is as follows:

Carter Scholer
Campbell Centre II
8150 N. Central Expressway
Suite 500
Dallas, Texas 75206
(214) 550-4653
kscholer@carterscholer.com

The mediation conference shall be conducted by the following date: **September 5, 2017.**

The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

Upon completion of the mediation, the mediator shall file a report within five days of the completion of the mediation conference.

**IT IS SO ORDERED.**
**SIGNED this 3rd day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE